The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





_____
Russ Kendig
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CANTON)

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MATTHEW JOHN MCGUIRE | ) | CASE NO. 09-62856 |
| STEPHANIE JO MCGUIRE | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtors. | ) | |
| | ) | **ORDER** |

This cause came on before this Court upon Motion filed by the Debtors, Matthew John McGuire and Stephanie Jo McGuire, for an Order Dismissing the above Chapter 7 Case.

Upon consideration and Motion, the Court finds that the Notice was served in accordance with the Federal Rules of Bankruptcy Procedure, and further finds the grounds stated in the Motion to be well taken.

It is therefore ORDERED, ADJUDGED AND DECREED that the motion is hereby granted and that the within Chapter 7 Bankruptcy case is hereby Dismissed.

IT IS SO ORDERED.

###

Approved by:
/s/ Robert H. Cyperski
Robert H. Cyperski, #0026054
1201 30th St. NW – Ste 102-B
Canton, OH 44709
330-492-6659 Phone
330-492-0943 Fax

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Order was electronically transmitted on or about February _, 2009 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list.

(1)    US Trustee, Howard M. Metzenbaum, Courthouse, 201 Superior Ave., E, Cleveland, OH 44114-1233.

(2)    Anne Piero Silagy, Trustee, asilagycourt@neo.rr.com

(3)    Robert H. Cyperski, Attorney for debtors, rcyperski@sbcglobal.net

I further certify that on February __, 2010 the foregoing Order was sent by ordinary, U.S. Mail to the following:

(4)    Matthew John McGuire, 327 Viking Street NW, North Canton, OH 44720.

(5)    Stephanie Jo McGuire, 327 Viking Street NW, North Canton, OH 44720.

(6)    And all creditors entitled to service.

                                                CLERK OF COURTS
                                                USBANKRUPTCY COURT